IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM CRISWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3161 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On March 16, 2010, this court granted a motion to stay, Filing Nos. 12 & 13, for the reason that a similar issue was being litigated in another case currently before the Eighth Circuit Court of Appeals. The court has heard nothing to date from the parties in this case. The parties are hereby ordered to give the court a status update on or before January 7, 2011.

IT IS SO ORDERED:

DATED this 22nd day of December, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge